*✓# 113   # 128411*

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

2010 APR 12 PM 1:4J

In re: GALE, JULIE J          Case No. 09-33838

Judge MARY ANN WHIPPLE

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Consultants in Lab Medicine | PO Box 634892<br>Cincinnati, OH 45263-4892 | $0.89 |
| Emergency Physicians of NW Ohio | PO Box 1397<br>Toledo, OH 43603 | $2.13 |

Check for $3.02 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 4/6/10

cc:

Office of the U.S. Trustee